Submitted June 4, OAR 291-105-0005 to 291-105-0010 held valid July 8, petition for review denied August 26, 2021 (368 Or 514)

LIAM O'NEIL-BARRETT,
*Petitioner,*

*v.*

OREGON DEPARTMENT OF CORRECTIONS,
*Respondent.*

Department of Corrections

A175170

490 P3d 188

Liam O'Neil-Barrett filed the briefs *pro se*.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Denise G. Fjordbeck, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

OAR 291-105-0005 to 291-105-0010 held valid. *Barrett v. Dept. of Corrections*, 203 Or App 196, 125 P3d 98 (2005).